Ex Parte Robert Harvey.

No. 3675. Decided June 25, 1915.

**Habeas Corpus—Bail Bond—Custody—Jurisdiction.**

Where, upon appeal from a habeas corpus proceeding, relator was remanded to the custody of the officers on a writ of extradition, but was allowed bail pending said appeal, and was not in actual custody, this court has no jurisdiction of the appeal. Following Ex parte Walton, 45 Texas Crim. Rep., 74, and other cases.

Appeal from the District Court of Uvalde. Tried below before the Hon. R. H. Burney, sitting in vacation.

The opinion states the case.

*Grady Mahaffey,* for relator.

*C. C. McDonald,* Assistant Attorney General, for the State.—Cited cases in the opinion.

PRENDERGAST, Presiding Judge.—This is an attempted appeal from a habeas corpus hearing before Judge Burney, district judge, in which Judge Burney remanded the appellant to the custody of the sheriff of Uvalde County. Appellant sought his release under an arrest for extradition to the State of Michigan.

Judge Burney allowed appellant bail in the sum of $1000, pending said appeal to this court, and he has been at liberty on bond from the attempted appeal. It has been the uniform and repeated holding of this court, under such circumstances, that this court has no jurisdiction of the appeal. Ex parte Erwin, 7 Texas Crim. App., 288; Ex parte Hobbs, 32 Texas Crim. Rep., 312; Ex parte Walton, 45 Texas Crim. Rep., 74; Ex parte Richie, 177 S. W. Rep., 85, recently decided, and many other authorities. It is, therefore, the order of this court that this attempted appeal be dismissed for want of jurisdiction in this court; and it is further ordered that the clerk of this court transmit without delay to the sheriff of Uvalde County a certified copy of this judgment

of dismissal for the information and guidance of that officer. Ordered accordingly.

*Appeal dismissed.*